9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER ROBLEDO LUERA | * | |
| VS | * | CIVIL ACTION NO.   B96 239 |
| UNITED STATES OF AMERICA | * | (Criminal No. B91 241) |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action.  After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Respondent's Motion for Summary Judgment be **granted** and Petitioner's Motion to Vacate, Set Aside or Correct Sentence be **denied.**

DONE at Brownsville, Texas, this *21st* day *April* of 1999.

Filemon B. Vela
United States District Judge