AO 240A (1/94)

/2

# United States District Court

United States District Court
Southern District of Texas
ENTERED

SOUTHERN DISTRICT OF TEXAS          JUN 1 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

JAVIER ROBLEDO LUERA

Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

UNITED STATES OF AMERICA

CASE NUMBER: CA B-96-239

Defendant

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

☐ ~~The clerk is directed to file the complaint.~~

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___9th___ day of ___June___, 19 _99_.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer