19

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**JUL 2 1 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff-Appellee | § | |
| | § | B-96-CV-239 |
| vs. | § | |
| | § | B-91-CR-241 |
| JAVIER ROBLEDO LUERA | § | |
| Defendant-Appellant | § | |

## ORDER

Before the Court is Robledo Luera's Motion to Reconsider. (Doc. # 17). After having

reviewed the same this Court is of the opinion that said motion should be DENIED. This Court

has previously considered and addressed all the claims raised in Robledo Luera's Motion to

Reconsider by its Order of June 8, 2000 (Doc. # 16).

Accordingly it is ORDERED, ADJUDGED and DECREED that Robledo Luera's Motion

to Reconsider is hereby **DENIED**.

DONE this _17th_ day of July, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge