THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER ROBLEDO LUERA, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-96-239 |
| i. | § | |
| | § | CRIMINAL NO. B-91-241 |
| THE UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court has denied Petitioner's Motion for Reconsideration on July 17th, 2000, as well as Petitioner's Certificate of Appealability on December 1st, 1999. Petitioner then filed a second Notice of Appeal on August 21st, 2000. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue a Certificate of Appealability, the Applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgement, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 6th day of October, 2000, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge