23

United States District Court
Southern District of Texas
ENTERED

OCT 25 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JAVIER ROBLEDO LUERA, | § | |
|     Appellant, | § | |
| | § | APPEAL NO. 00-41099 |
| VS. | § | CIVIL ACTION NO. B-96-239 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Appellee. | § | |

ORDER

Pending before this Court is appellant's Motion for Leave to Proceed In Forma Pauperis, on Appeal (Docket No. 22). After careful consideration of said motion, the Court is of the opinion that this motion shall be **GRANTED**. Appellant is allowed to proceed In Forma Pauperis.

Done at Brownsville, Texas on this 24th day of October, 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com