24

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-41099
USDC No. B-99-CV-239
USDC No. B-91-CR-241-9

B-96-239

U.S. COURT OF APPEALS
FILED
JAN 25 2001
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER ROBLEDO LUERA,

Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
JAN 3 0 2001
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

Javier Robledo Luera seeks a certificate of appealability (COA) to appeal the district court's order resentencing him. 28 U.S.C. § 2253(c)(2). Luera has failed to make a substantial showing of the denial of a constitutional right with regard to his claims of misapplication of the sentencing guidelines and ineffective assistance of counsel. His motion for COA is therefore DENIED.

/s/ Harold R. DeMoss
HAROLD R. DeMOSS, JR.
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/
Deputy  JAN 25 2001
New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

January 25, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 00-41099 USA v. Luera
USDC No. B-99-CV-239
         B-91-CR-241-9

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 3 ) Volumes    ( 1 ) Sealed Envelope    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Peter Conners, Deputy Clerk

/pac
cc: w/encl:
    Mr James Lee Turner
    Mr Javier Robledo Luera

MDT-1